EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Griselle T. García Padilla | 2014 TSPR 94<br><br>191 DPR ____ |

Número del Caso: TS-12,394

Fecha: 31 de julio de 2014

Abogada de la Peticionaria:

      Por derecho propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Griselle T. García Padilla

TS-12,394

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de julio de 2014.

Examinada la *Moción Solicitando Readmisión a la Profesión* presentada por la peticionaria, se reinstala a la señora Griselle T. García Padilla al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo